```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16103
   WILLIAM SCHULTZ III
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8092

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was confirmed 11/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.13%.

     The case was dismissed after confirmation 03/31/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
EMC MORTGAGE CORPORATION CURRENT MORTG    4098.74            .00         4098.74
EMC MORTGAGE CORPORATION MORTGAGE ARRE   68571.06            .00             .00
PIERCE & ASSOC           NOTICE ONLY     NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00             .00
CREDIT FIRST NA          UNSECURED         175.26            .00             .00
PETER FRANCIS GERACI     UNSECURED       NOT FILED           .00             .00
NELNET                   UNSECURED       17005.52            .00             .00
RESURGENT CAPITAL SERVIC UNSECURED       NOT FILED           .00             .00
JOSEPH BURCHERT          NOTICE ONLY     NOT FILED           .00             .00
ECAST SETTLEMENT CORP    UNSECURED         208.89            .00             .00
TIMOTHY K LIOU           DEBTOR ATTY         .00                             .00
TOM VAUGHN               TRUSTEE                                          280.26
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            4,379.00

PRIORITY                                     .00
SECURED                                 4,098.74
UNSECURED                                    .00
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                       280.26
DEBTOR REFUND                                .00
                   --------------       --------------
TOTALS             4,379.00             4,379.00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16103 WILLIAM SCHULTZ III

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/25/08                      _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```